UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| SANDRA KAY TODD, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-22-JMH |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) **JUDGMENT** |
| Defendant. | ) |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;**

(2) That all pending motions shall be and the same hereby are **DENIED AS MOOT;**

(3) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY;** and

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 4th day of August, 2009.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge